UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DAVID ALAN GERLICH, SR. and     :  CHAPTER 13
KAREN JEAN GERLICH                      :
  Debtor(s)                             :
                                        :
JACK N. ZAHAROPOULOS                    :
STANDING CHAPTER 13 TRUSTEE             :
  Movant                               :
                                        :
  vs.                                   :
                                        :
DAVID ALAN GERLICH, SR. and             :
KAREN JEAN GERLICH                      :
  Respondent(s)                         :  CASE NO.   5-21-bk-01106


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   14th   day of June, 2021, comes Jack N. Zaharopoulos, Standing

Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the

following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor has excess non-exempt equity in the following:

        a.   Residential real estate

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                        Respectfully submitted:


                        /s/Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   25th   day of June, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:


Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

                                                        /s/Deborah A. Behney
                                                        Office of Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee